IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NIRIN WALLS, <br><br> Plaintiff, <br><br> v. <br><br> LANA NALEWAJKA, DR. VIPIN SHAH, and DR. JODI PELEGRIN, <br><br> Defendants. | Case No. 21-CV-01369-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of February 10, 2026 (Doc. 233), this action is **DISMISSED with prejudice**.

    **IT IS SO ORDERED.**

    DATED: February 10, 2026

                                        MONICA A. STUMP,
                                        Clerk of Court


                                        By: *s/ Jackie Muckensturm*
                                              Deputy Clerk


APPROVED: *s/ Stephen P. Mc*Glynn
                STEPHEN P. MCGLYNN
                U.S. District Judge